# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SARIAH MOODY, ) | |
| GRACE READING, ) | |
| And ) | |
| EMILY CADY ) | Case No. 20-CV-526 |
|         Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
|         Defendant. ) | |

## MOTION FOR EXTENSION

COMES NOW the Defendant City of Kansas City, Missouri ("City"), by and through counsel, and moves this court for an extension until July 20, 2020, to file its suggestions in opposition to Plaintiffs' Motion for Preliminary Injunction in the above-captioned matter. In support, the City states as follows:

1. The City's suggestions in opposition to Plaintiffs' Motion for Preliminary injunction is due Wednesday, July 15, 2020.

2. The City was served with the Motion for Preliminary Injunction on July 1, 2020. Responding to a case such as this requires communication with the City's Council. There was no legislative session on Thursday, July 2 due to the holiday. This matter could not be put on the closed session for July 9, as the agenda was already full with discussion of matters that caused that day's Council session to start 90 minutes late. The first opportunity to discuss this matter with Council, therefore, will be July 16.

3. Counsel for the City has reached out for Plaintiffs' consent to file its response July 20, but, as of the time this motion was filed, had not heard back.

4. The City is not requesting this delay in order to prejudice the Plaintiffs, but to adequately represent the interest of its legislative policymakers.

**WHEREFORE**, the City of Kansas City, Missouri, respectfully requests up to and including July 20, 2020, to file its reply to Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted,

Office of the City Attorney

By: */s/Tara M. Kelly*
Tara M. Kelly, MO Bar #64624
Associate City Attorney
2300 City Hall
414 East 12th Street
Kansas City, Missouri 64106
Telephone: (816) 513-3117
Facsimile: (816) 513-3133
Tara.Kelly@kcmo.org
**ATTORNEY FOR DEFENDANT
CITY OF KANSAS CITY, MISSIOURI**

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of this motion for extension was served via electronic filing on this 10th day of July 2020, to all attorneys of record.

                */s/Tara M. Kelly*
                Tara M. Kelly