# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| SARIAH MOODY, <br> GRACE READING, <br> And <br> EMILY CADY <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF KANSAS CITY, MISSOURI, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 4:20-CV-526 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO EXCEED PAGE LIMITS

For good cause shown, the City of Kansas City, Missouri ("City") hereto respectfully requests the Court to allow it to exceed the page limits in filing the City's Opposing Suggestions to Plaintiff's Motion for Preliminary Injunction. In support of this motion, City states:

1. This is an action brought to test the facial and as applied constitutional validity on overbreadth and vagueness grounds for two City ordinances.

2. The City has drafted its Opposing Suggestions to Plaintiff's Motion for Preliminary Injunction in accordance with the Local Rule 7.0, which sets a 15-page limit on opposing suggestions. However, due to having three plaintiffs, two separate ordinances that have been attacked on several constitutional grounds, and numerous authorities, the City was unable to adequately address the issues to be presented to this Court within the requisite 15 pages. The City's motion is 20 pages in length, excluding cover, table of contents, authorities, and statements of fact.

3. The City needs the additional pages to educate the Court, adequately address the numerous arguments issues pertaining to the substantive claims averred by Plaintiffs, and affirmative defenses as raised by the City.

**WHEREFORE**, based on the foregoing, the City respectfully request that this Court allow it to exceed the page limitations set forth by Local Rule 7.0 in filing its Opposing Suggestions to Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY

By: /s/Tara M. Kelly
Tara M. Kelly, MO #64624
Laura Dold, MO #57769
Bret R. Kassen, MO #58967
Emily Carney, MO #71827
Galen P. Beaufort, MO #26498
2300 City Hall, 414 E. 12th Street
Kansas City, Missouri 64106
Telephone: (816) 513-3142
Facsimile: (816) 513-3133
Tara.Kelly@kcmo.org
Laura.Dold@kcmo.org
Bret.Kassen@kcmo.org
Emily.Carney@kcmo.org
Galen.Beaufort@kcmo.org

*Attorneys for Defendant City of Kansas City, Missouri*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2020, a copy of the foregoing was sent to all counsel of record via ECF.

/s/ Tara M. Kelly
Tara M. Kelly