IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SARIAH MOODY,<br>GRACE READING,<br>And<br>EMILY CADY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF KANSAS CITY, MISSOURI,<br><br>Defendant. | Case No. 4:20-CV-526 |

**UNOPPOSED MOTION TO EXCEED PAGE COUNT FOR PLAINTIFFS' REPLY IN SUPPORT OF THE MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs respectfully request that the Court allow them to exceed the 10-page limit under Local Rule 7.0(d) for their reply brief in support of the motion for preliminary injunction. In support of this motion, Plaintiffs state as follows:

1. On June 30, 2020, Plaintiffs filed their motion for preliminary injunction and suggestions in support. (Docs. 2 and 3.)

2. On July 20, Defendant the City of Kansas City, Missouri ("City") filed its suggestions in opposition. (Doc. 2.)

3. The City's opposition was 20 pages, which exceeded the 15-page limit set by Local Rule 7.0(d), and the City filed a motion for leave to exceed the page limit. (Doc. 11.)

4. Local Rule 7.0(d) sets a 10-page limit for reply briefs. To fully respond to the City's 20-page opposition, Plaintiffs request that the Court allow Plaintiffs' reply brief not to exceed 15 pages.

1

5. Counsel for the City has advised that the City does not oppose this motion to exceed the page limit.

Based on the foregoing, Plaintiffs respectfully request that the Court allow Plaintiffs' reply brief to exceed the 10-page limit for reply briefs up to and including 15 pages.

Respectfully submitted,

STINSON LLP


*/s/ John C. Aisenbrey*
John C. Aisenbrey, MO #31907
Bradley J. Yeretsky, MO #53845
Bryce Langford, MO #69188
Renee E. Henson, MO #71000
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Tel.: 816-842-8600 / 816-691-2360
Fax: 816-412-0997 / 816-691-3495
john.aisenbrey@stinson.com
brad.yeretsky@stinson.com
bryce.langford@stinson.com
renee.henson@stinson.com

and

Anthony E. Rothert, MO #44827
Jessie Steffan, MO # 64861
Omri E. Praiss, MO #41850
Kayla M. DeLoach, MO #72424
ACLU of Missouri Foundation
906 Olive Street, Ste. 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org
kdeloach@aclu-mo.org

and

Gillian R. Wilcox, MO #61278
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, Missouri 64111
Phone: 816/470-9938
Fax: 314/652-3112
gwilcox@aclu-mo.org

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of July, 2020, I filed the foregoing through the Court's electronic filing system, which sent notice to all counsel of record.

                                      */s/ John C. Aisenbrey*
                                      Attorney for Plaintiffs