IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SARIAH MOODY, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:20-CV-00526-HFS |
| CITY OF KANSAS CITY, MISSOURI, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Molly Carney of the American Civil Liberties Union of Missouri Foundation enters her appearance as co-counsel for Plaintiffs.

Respectfully submitted,
/s/ Molly Carney
Molly Carney, #70570MO
ACLU of Missouri Foundation
906 Olive St., Suite 1130
St. Louis, MO 63110
314-652-3114
mcarney@aclu-mo.org
*Attorney for Plaintiffs*