# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SARIAH MOODY, ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:20-CV-00526-HFS ) |
| CITY OF KANSAS CITY, MISSOURI, | ) ) ) |
| Defendant. | ) ) |

### SUGGESTIONS OF DEATH UPON THE RECORD PURSUANT TO RULE 25(a)(2)

Pursuant to Federal Rule Civil Procedure 25(a)(2), counsel for Plaintiffs submit this suggestion of death upon the record to inform the Court that Plaintiff Sariah Moody died on December 14, 2020. The claims in the case are for prospective relief only will continue among the remaining parties and no substitution is necessary.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, MO #44827
Jessie Steffan, MO # 64861
Omri E. Praiss, MO #41850
Kayla M. DeLoach, MO #72424
ACLU of Missouri Foundation
906 Olive Street, Ste. 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org
kdeloach@aclu-mo.org

Gillian R. Wilcox, MO #61278
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420

Kansas City, Missouri 64111
Phone: 816/470-9938
Fax: 314/652-3112
gwilcox@aclu-mo.org

STINSON LLP
John C. Aisenbrey, MO #31907
Bradley J. Yeretsky, MO #53845
Bryce Langford, MO #69188
Renee E. Henson, MO #71000
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Tel.: 816-842-8600 / 816-691-2360
Fax: 816-412-0997 / 816-691-3495
john.aisenbrey@stinson.com
brad.yeretsky@stinson.com
bryce.langford@stinson.com
renee.henson@stinson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January, 2021, I filed the foregoing through the Court's electronic filing system, which sent notice to all counsel of record.

/s/ Anthony E. Rothert

3

Case 4:20-cv-00526-HFS   Document 23   Filed 01/26/21   Page 3 of 3