IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SARIAH MOODY, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:20-CV-00526-HFS |
| | ) |
| CITY OF KANSAS CITY, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

Under Local Rule 83.2, Kayla M. DeLoach moves to withdraw as counsel for Plaintiffs as my employment by the American Civil Liberties Union of Missouri ends on September 14, 2021. All other counsel for Plaintiffs entered on this matter remain.

Respectfully submitted,
/s/ Kayla M. DeLoach
Kayla M. DeLoach, #72424
ACLU of Missouri Foundation
906 Olive St., Suite 1130
St. Louis, MO 63101
314-652-3114
kdeloach@aclu-mo.org
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Kayla M. DeLoach