IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| SARIAH MOODY[1], | ) | |
|---|---|---|
| GRACE READING, | ) | |
| And | ) | |
| EMILY CADY, | ) | Case No. 4:20-CV-526 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM TO COUNSEL**

In light of the recent ruling in Langford v. City of St. Louis, 3 F.4th 1054 (Jul. 6, 2021), a renewed motion to dismiss would be permitted if defendant believes dismissal remains proper. Prior briefing can be adopted by reference if deemed sufficient--or incorporated in new briefing dealing with Langford.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

October 18, 2021
Kansas City, Missouri

---

[1] By Notice dated Jan. 26, 2021, plaintiffs' counsel advised the court of plaintiff, Sariah Moody's, death on December 14, 2020. (Doc. 23).