IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SARIAH MOODY, ET AL.[1], | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:20-CV-00526-HFS |
| | ) |
| CITY OF KANSAS CITY, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiffs have filed a Fourth Consent Motion for Extension of Time to Respond to Motion to Dismiss. (Doc. 40). Plaintiffs request an additional thirty days as they continue to work to execute a final settlement agreement. The parties anticipate filing a stipulation of dismissal in this case. For good cause shown and with no prejudice resulting, the motion (Doc. 40) is GRANTED. Plaintiffs may file a response or dismissal papers on or before **May 26, 2022**.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

April 28, 2022
Kansas City, Missouri

---

[1] By Notice dated January 26, 2021, plaintiffs' counsel advised the court of Plaintiff Sariah Moody's death on December 14, 2020. (Doc. 23).