IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SARIAH MOODY, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:20-CV-00526-HFS |
| | ) |
| CITY OF KANSAS CITY, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Grace Reading and Emily Cady,[1] by and through counsel, and Defendant City of Kansas City, Missouri, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate and agree that the above-captioned case is dismissed with prejudice, with Plaintiffs to be responsible for and pay the costs and attorneys' fees incurred by them in this case and Defendant to be responsible for and pay the costs and attorneys' fees incurred by it in this case.

---

[1] On January 26, 2021, Counsel for Plaintiffs filed, pursuant to Federal Rule of Civil Procedure 25(a)(2), a Suggestion of Death (Doc. 23), notifying the Court of the death of former Plaintiff Sariah Moody, and that "[t]he claims in the case are for prospective relief only, and to continue brought the remaining parties and no substitute is necessary." Thus, at this time, the only remaining Plaintiffs in this action are Grace Reading and Emily Cady.

Respectfully submitted,

/s/ Gillian R. Wilcox
Gillian R. Wilcox, MO #61278
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, Missouri 64111
Phone: 816/470-9938
Fax: 314/652-3112
gwilcox@aclu-mo.org

Anthony E. Rothert, MO #44827
Jessie Steffan, MO #64861
Molly Carney, MO #70570
Emily Lazaroff, MO #73811
ACLU of Missouri Foundation
906 Olive Street, Ste. 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org
elazaroff@aclu-mo.org

and

STINSON LLP
John C. Aisenbrey, MO #31907
Bradley J. Yeretsky, MO #53845
Bryce Langford, MO #69188
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Tel.: 816-842-8600 / 816-691-2360
Fax: 816-412-0997 / 816-691-3495
john.aisenbrey@stinson.com
brad.yeretsky@stinson.com
bryce.langford@stinson.com

*Attorneys for Plaintiffs*

/s/ Bret R. Kassen
Bret R. Kassen, MO #58967
Tara M. Kelly, MO #64624
Laura Dold, MO #57769
OFFICE OF THE CITY ATTORNEY
2300 City Hall, 414 E. 12th Street
Kansas City, Missouri 64106
Telephone: (816) 513-3119
Facsimile: (816) 513-3133
Bret.Kassen@kcmo.org
Tara.Kelly@kcmo.org
Laura.Dold@kcmo.org

*Attorneys for Defendant City of Kansas City, Missouri*